

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00873-CR

Jesse Reyes **PEÑA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9378W
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice